464 A.2d 524

Commonwealth ex rel. Mock v. Malec, Appellant.

Submitted May 25, 1983. Richard J. Federowicz, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Mock, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment affirmed.